# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JASON RUFKAHR**                                                                      **PLAINTIFF**

**VS.**                         **CASE NO. 3:14CV00173-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                 **DEFENDANT**

## JUDGMENT

Plaintiff Jason Rufkahr's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 12th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE